*Wednesday, February 24, 1993*
## MERIT DOCKET

**92-1961.** State ex rel. Hawthorn v. Bixler. In Mandamus. On motion to dismiss. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

WRIGHT, J., dissents and would deny the writ.

PFEIFER, J., dissents and would grant the writ.

**92-2097.** State ex rel. Yeun v. Twyford. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92-2133.** State ex rel. Hogan v. Shea. In Prohibition. On response to show cause order and on motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92-2600.** State ex rel. Thiel v. Ohio Dept. of Rehab. & Corr. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.